JUDGE ROBINSON

US CIV 6628

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                 :

MICHAEL A. OLSON,

                Plaintiff,         :  **Civil Action No.:**

                                 :  **DEFENDANT INDIAN**

                                    **HARBOR INSURANCE**

          v.                   :  **COMPANY'S RULE 7.1**

                                  **CORPORATE DISCLOSURE**

INDIAN HARBOR INSURANCE COMPANY,   :  **STATEMENT**

               Defendant.       :

                                   :
------------------------------------------------------------------ x

      Defendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), through

counsel, hereby files its Corporate Disclosure Statement in compliance with the provisions of

Rule 7.1, of the Federal Rules of Civil Procedure.

      Defendant Indian Harbor is incorporated in North Dakota with its principal place of

business in Stamford, Connecticut and is a wholly owned subsidiary of XL Specialty Insurance

Company.  XL Specialty Insurance Company, a Delaware corporation, is a wholly owned

subsidiary of Intercargo Corporation.  Intercargo Corporation, a Delaware corporation, is a

wholly-owned subsidiary of XL Reinsurance America, Inc.  XL Reinsurance America, Inc., a

New York corporation (formerly known as NAC Re Corporation) is an indirect wholly-owned

subsidiary of XL America, Inc.

Dated:    New York, New York
          July 25, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Glenn J. Fuerth (GJF – 5848)
Attorney for Defendants
INDIAN HARBOR INSURANCE COMPANY
150 East 42nd Street
New York, New York 10017
212-490-3000 (p)
212-490-3038 (f)


TO:
KELNER and KELNER
Attn: Ronald C. Burke, Esq.
Attorneys for Plaintiff
140 Broadway, 37th Floor
New York, NY 10005
(212) 425-0700

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

     ***VERONICA CENAC*** says:  I am not a party to the action, am over 18 years of age and reside in the County of Nassau, State of New York.
On the 25th day of July 2008, I served the within **NOTICE OF REMOVAL and RULE 7.1 DISCLOSURE STATEMENT** upon:

     KELNER and KELNER
     Attn: Ronald C. Burke, Esq.
     Attorneys for Plaintiff
     140 Broadway, 37th Floor
     New York, NY 10005
     (212) 425-0700

the attorneys for the respective parties in this action, at the addresses designated by said attorneys for the purpose of depositing same enclosed in postpaid properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*VERONICA CENAC*

Sworn to before me this
25th day of July 2008

*NOTARY PUBLIC*

GLENN J. FUERTH
Notary Public, State of New York
No. ...
Qualified in New York County 02FU5073709
Term Expires March 9, 2011

3305840.1