UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL A. OLSON,

                Plaintiff,

    -against-

INDIAN HARBOR INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------X

Civil Action No.

**VOLUNTARY DISMISSAL PURSUANT TO RULE 41**

    PLEASE TAKE NOTICE that the plaintiff, by his attorneys, KELNER and KELNER, hereby files a Voluntary Dismissal pursuant to Rule 41(a) reserving its right to re-file this action.

Dated: New York, New York
       July 31, 2008

                                                  Yours, etc.,

                                                  BY:_____
                                                  RONALD C. BURKE (RCB:0214)
                                                  Attorneys for Plaintiff
                                                  140 Broadway, 37th Floor
                                                  New York, NY 10005
                                                  (212) 425-0700

TO:    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
          Attorneys for Defendant
          150 East 42nd Street
          New York, NY 10017
          (212) 490-3000