UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL A. OLSON,

           Plaintiff,

-against-

INDIAN HARBOR INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------X

Civil Action No. 7:08-cv-6628

**VOLUNTARY DISMISSAL**
**PURSUANT TO RULE 41**

    PLEASE TAKE NOTICE that the plaintiff, by his attorneys, KELNER and KELNER, hereby files a Voluntary Dismissal pursuant to Rule 41(a) reserving its right to re-file this action.

Dated: New York, New York
       July 31, 2008

Yours, etc.,

BY: _____
RONALD C. BURKE (RCB:0214)
Attorneys for Plaintiff
140 Broadway, 37th Floor
New York, NY 10005
(212) 425-0700

TO:   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
       Attorneys for Defendant
       150 East 42nd Street
       New York, NY 10017
       (212) 490-3000

STATE OF NEW YORK, COUNTY OF NEW YORK        ss:

    LISA M. VELEZ, being sworn says: I am not a party to the action, am over 18 years of age and reside in Bronx County. On **July 31, 2008**, I served a true copy of the annexed **VOLUNTARY DISMISSAL PURSUANT TO RULE 41** in the following manner:

__X__ By mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**
150 East 42nd Street
New York, NY 10017

_____ by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney in a sealed envelope with postage prepaid thereon in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

_____ by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on
the 31ST day of July, 2008

_____        _____
NOTARY PUBLIC                                            LISA M. VELEZ

Ronald C. Burke
Notary Public, State of New York
No. 02BU4907806
Qualified in Nassau County
Commission Expires September 14, 2009